No. 99–9001.   MUHAMMAD v. COWAN, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 99–9017.   DIGIOVANNI v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 99–9022.   WOOLVERTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 99–9025.   WILLIAMS v. MAYER, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 99–9029.   WUCHANG v. THORNTON ET AL.   C. A. 9th Cir. Certiorari denied.

No. 99–9031.   WILDER v. MCGILL ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 99–9033.   ADAMS v. HARRISON, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 99–9037.   FUNKE v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 99–9038.   HUNT v. MASSACHUSETTS.   App. Ct. Mass. Certiorari denied.

No. 99–9039.   GLORIA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 99–9040.   DOYLE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 99–9043.   GATES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 99–9044.   GRANT v. FISHER, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 99–9045.   REED v. MARICOPA COUNTY, ARIZONA, ET AL. C. A. 9th Cir.   Certiorari denied.